In the Matter of Election of Directors and Officers of NATIONAL KIDDIE RIDES, INC. CHARLES KATZ et al., Appellants; FRED RAFANELLO et al., Respondents.— Order of July 31, 1953, unanimously affirmed, with $20 costs and disbursements to the respondents, and the appeal from order entered August 25, 1953, denying reargument, is dismissed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *post,* p. 812.]

MARGIT SCHLESINGER, Appellant, v. LILLIAN COLEMAN, Respondent.— Orders appealed from reversed. All concur. Plaintiff made out a prima facie case complying with rule V of the New York County Supreme Court Trial Terms Rules, and, in the absence of opposition, preference is warranted. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

A. L. HERZFELD, Respondent, v. MOHEGAN FIBER EQUIPMENT CORP. et al., Appellants.— Order unanimously affirmed. The date for examination to proceed to be fixed in the order. No opinion. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

LYDIA B. PECK, Respondent, v. SAMUEL M. PECK, Appellant.— Order unanimously affirmed. The date for examination to proceed to be fixed in the order. No opinion. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of BRESWICK & COMPANY, Appellant, against GREATER NEW YORK INDUSTRIES, INC., et al., Respondents.— Order appealed from reversed and application granted. All concur. In this case inspection would not be granted except for the fact that the answering papers have not met the direct and explicit factual allegations of the petition. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *post,* p. 930.]

In the Matter of CYNTHIA L. ARMFIELD, Appellant, against JOHN F. O'CON-NELL et al., Constituting the State Liquor Authority, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

MIMI J. VANDERHORST, Appellant, v. LOUIS F. V. P. VANDERHORST, Respondent.— Order appealed from modified so as to allow counsel fee of $500 and, as so modified, the order is affirmed. On this record an allowance of counsel fee in the sum indicated is justified. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of KATHERINE MERCIER, Respondent, against BOARD OF ESTI-MATE OF THE CITY OF NEW YORK et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.